UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:10-CR-9-SPM-GRJ

SYLVIO PEREZ-CAMPOS,

    Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court on the Defendant's Unopposed Motion to Continue Trial (doc. 17). The Defendant's trial is scheduled to commence on February 7, 2011. However, the Defendant requests an extension of time in order to prepare a written plea agreement with the intention of entering a guilty plea.

The Court finds that the ends of justice warrant a continuance under these circumstances, and that this continuance outweighs the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Accordingly, good cause being found, it is hereby

    **ORDERED AND ADJUDGED**:

    1.    Defendant's motion to continue (doc. 17) is *granted*.

    2.    The trial is reset for **March 7, 2011, at 8:30 a.m.**

    **SO ORDERED** this first day of February, 2011.

                               *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                Chief United States District Judge